JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 09-mj-70495 MAG |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [PROPOSED] ORDER |
| IGNACIO PARRA-SAVALA, ) | EXTENDING TIME LIMITS OF RULE 5.1(c) |
|    a/k/a Ignacio Parra-Zavala, ) | |
|    a/k/a, Jose Luis Avila, ) | |
|    a/k/a Alicio Godina Lopez, ) | |
|    a/k/a Rosendo Rios Montoya, ) | |
|     Defendant. ) | |

    On June 19, 2009, the parties in this case appeared before the Court for a preliminary hearing / arraignment. At that time, the parties requested, and the Court agreed, to set the date for a further status conference / preliminary hearing / arraignment for July 7, 2009 before Judge Chen. Pursuant to Federal Rule of Criminal Procedure 5.1(d), the defendant consented this extension of time, and the parties represented that good cause exists for this extension. The

parties continue to investigate the case and to consider resolution through a plea agreement. At the hearing, the Court found that good cause exists for an extension of the time limits provided by Federal Rule of Criminal Procedure 5.1(c).

SO STIPULATED:

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

DATED: June 24, 2009              /s/
                                      KEVIN J. BARRY
                                      Assistant United States Attorney

DATED: June 24, 2009              /s/
                                      SHAWN HALBERT
                                      Attorney for IGNACIO PARRA-SAVALA

## [PROPOSED] ORDER

For the reasons stated above and at the June 19, 2009 hearing, the Court finds that the extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from June 19, 2009 through July 7, 2009 is warranted and that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case.

IT IS SO ORDERED.

DATED: 06/24/09                                                          
                                                    THE HONORABLE JOSEPH C. SPERO
                                                    United States Magistrate Judge